```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECRET LINCOLN                     :     CIVIL ACTION
                                   :
         v.                        :
                                   :
APEX HUMAN SERVICES LLC, et al.    :     NO. 22-341
                                   :
                                   :
```

ORDER

AND NOW, this 29th day of June, 2022, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The motion of defendants Mohamed Sesay and Apex Human Services LLC to dismiss plaintiff's claim in the amended complaint of defendants' willfulness under the Fair Labor Standards Act of 1938 (Docs. #15 and #16) is GRANTED.

(2) The motion of defendants to dismiss the amended complaint is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                         J.