```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECRET LINCOLN                    :     CIVIL ACTION
                                  :
        v.                        :
                                  :
APEX HUMAN SERVICES LLC, et al.   :     NO. 22-341
                                  :
                                  :
```

ORDER

AND NOW, this   25th   day of August, 2022, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiff Secret Lincoln for leave to file a second amended complaint (Doc. #25) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                            J.