IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECRET LINCOLN                    :        CIVIL ACTION
                                  :
              v.                  :
                                  :
APEX HUMAN SERVICES LLC and       :
MOHAMED SESAY                     :        NO. 22-341


ORDER


        AND NOW, this 28th day of September, 2022, for the

reasons stated in the foregoing Memorandum, it is hereby ORDERED

that the motion of the plaintiff Secret Lincoln for Fair Labor

Standards Act conditional collective action certification and

judicial notice (Doc. #37) is DENIED.

                         BY THE COURT:

                         /s/ Harvey Bartle III
                         _____
                                                        J.